FILED-WD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

2002 APR -2 PM 3: 37

CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 02 CR 50014 |
| v. ) | Violation: Title 21, United States |
| ) | Code, Section 841(a)(1). |
| STANLEY FIELDS ) | |

DOCKETED
APR 03 2002

## COUNT ONE

The JUNE 2001 GRAND JURY charges:

On or about March 5, 2002, at Rockford, in the Northern District of Illinois, Western Division,

STANLEY FIELDS,

defendant herein, knowingly and intentionally distributed a controlled substance, namely 5 grams or more of a mixture containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The JUNE 2001 GRAND JURY further charges:

On or about March 14, 2002, at Rockford, in the Northern District of Illinois, Western Division,

### STANLEY FIELDS,

defendant herein, knowingly and intentionally distributed a controlled substance, namely 5 grams or more of a mixture containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

FOREPERSON

*/s/ Keith C. Syfert for*
UNITED STATES ATTORNEY

No.: 02 CR 50014

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

STANLEY FIELDS

**INFORMATION**

Violation(s): Title 21, United States Code, Section 841(a)(1)

Filed in open court this 2nd day of April, A.D. 20 2002

_Julie M. Mitchell_
Clerk

Bail, $ _____